UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Marcia Spahr

        v.                Case No. 07-cv-227-SM

U.S. Social Security Administration,
Commissioner

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 1, 2007, no objection having been filed, for the reasons set forth therein.  Plaintiff's complaint is hereby dismissed without prejudice.

SO ORDERED.

November 26, 2007

_____
Steven J. McAuliffe
Chief Judge

cc:   Marcia Spahr, pro se